

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Angeleta Rodriguez v. Roger Janki

Appellate case number:    01-19-00019-CV

Trial court case number:    1120842

Trial court:              County Civil Court at Law No. 4 of Harris County

Appellant, Angeleta Rodriguez, has filed a notice of appeal of the trial court's final judgment in a forcible detainer proceeding in which appellee, Roger Janki, was awarded possession of the property at issue. Appellant has filed motions and correspondence in which she requests to be allowed to return to, or reenter, the property, and has now filed a motion requesting that we rule on the previous motions and "end this case."

To present any arguments for reversal of the trial court's judgment, appellant must file a brief that complies with Texas Rule of Appellate Procedure 38.1. *See* TEX. R. APP. P. 38.1; *see also* TEX. R. APP. P. 43.2. None of appellant's motions or correspondence comply with the requirements for an appellant's brief. Accordingly, appellant's motions are **dismissed as moot**.

Appellant's brief was due to be filed on May 6, 2019, and she has not yet filed a brief. *See* TEX. R. APP. P. 38.6(a). We extend the time for appellant to file a brief in this appeal. *See* TEX. R. APP. P. 38.6(d). **Appellant's brief is due to be filed in this Court within 30 days of the date of this order.**

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                         ☑ Acting individually    ☐ Acting for the Court

Date: ___May 30, 2019___

1